IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMGUARD INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 1:22-cv-197-ECM |
| ) | |
| JACOB HANSEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On December 20, 2024, the Court was informed that a settlement has been reached in this case. (Doc. 111).  Accordingly, and for good cause, it is

ORDERED that this action is DISMISSED WITH PREJUDICE, on the terms set out and agreed to by the parties.  Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order.  It is further

ORDERED that all pending motions are DENIED as moot, and all pending hearings and deadlines are terminated.

The Clerk of Court is DIRECTED to close this case.

DONE this 8th day of January, 2025.

                              /s/ Emily C. Marks
                              EMILY C. MARKS
                              CHIEF UNITED STATES DISTRICT JUDGE